**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 23-cv-60905-Cannon/Hunt

TRE'S JON JOHNSON,

    Plaintiff,

v.

HIRE QUEST, L.L.C.
D/B/A HIREQUEST DIRECT,
and ASHLEY ROBERTS,

    Defendants.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

    Plaintiff TRE'S JON JOHNSON, by and through the undersigned counsel and pursuant to the Court's Order in Actions Brought Under the Fair Labor Standards Act [ECF No. 5], files Plaintiff's Statement of Claim as **Exhibit A**.

    Respectfully submitted,

    Koz Law, P.A.
    800 East Cypress Creek Road Suite 421
    Fort Lauderdale, Florida 33334
    Tel:    (786) 924-9929
    Fax:    (786) 358-6071
    Email: ekoz@kozlawfirm.com

    */s/ Elliot A. Kozolchyk*
    _____
    Elliot Kozolchyk, Esq.
    Florida Bar No. 74791