<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Tre's Jon Johnson**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Weighted Average Hourly Rate[1] | Overtime Hourly Rate[1] | Minimum Wage Hourly Rate | Average Weekly Amount Paid[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 4/17/23 - 4/21/23 | 0.71 | 56 | $ 11.45 | $ 17.17 | $ 11.00 | $ 179.00 | $ 261.00 | $ 274.71 | $ 535.71 |
| 3/1/23 - 4/16/23 | 6.71 | 56 | $ 11.45 | $ 17.17 | $ 11.00 | $ 135.00 | $ 2,047.86 | $ 1,844.51 | $ 3,892.37 |
| 12/26/22 - 4/16/23 | 16.00 | 46 | $ 11.00 | $ 16.50 | $ 11.00 | $ - | $ 7,040.00 | $ 1,584.00 | $ 8,624.00 |
| 12/19/22 - 12/25/22 | 1.00 | 54 | $ 11.59 | $ 17.39 | $ 11.00 | $ 128.25 | $ 311.75 | $ - | $ 311.75 |
| 9/30/22 - 12/18/22 | 11.43 | 46 | $ 11.00 | $ 16.50 | $ 11.00 | $ - | $ 5,028.57 | $ - | $ 5,028.57 |
| 7/4/22 - 9/29/22 | 12.57 | 46 | $ 11.00 | $ 16.50 | $ 10.00 | $ - | $ 5,028.57 | $ - | $ 5,028.57 |
| | | | | | | | $ 19,717.75 | $ 3,703.22 | $ 23,420.97 |

Total Unpaid Minimum Wages[1] = $ 19,717.75
Total Unpaid Overtime Wages[1] = $ 3,703.22
Total Liquidated Damages[1] = $ 23,420.97
Total[1] = $ 46,841.95

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.