UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-60905-CIV-CANNON/Hunt

**TRE' S JON JOHNSON**,

    Plaintiff,

v.

**HIRE QUEST, L.L.C.** and
**ASHLEY ROBERTS,**

    Defendants.

_____/

### ORDER GRANTING JOINT MOTION IN PART AND STAYING CASE

**THIS CAUSE** comes before the Court upon the parties' Joint Motion (the "Motion") [ECF No. 16], filed on July 31, 2023. The parties state that they have resolved Defendants' Motion to Compel Arbitration and Dismiss Current Proceedings [ECF No. 7]. The parties ask the Court to sever a paragraph from the parties' Arbitration Agreement regarding the distribution of arbitration fees/expenses and stay this matter until arbitration is complete [ECF No. 16 pp. 1–2].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [ECF No. 16] is **GRANTED IN PART**.

2. This case is **STAYED** without prejudice pending arbitration.

3. Defendants' Motion to Compel Arbitration and Dismiss Current Proceedings [ECF No. 7] is **DENIED AS MOOT**.

4. Every **ninety (90) days** following the date of this Order, the parties are directed to **jointly** file status reports apprising the Court of the status of the dispute resolution process.

5. The Court takes no position on the parties' agreement to sever language from the Arbitration Agreement. *See Dasher v. RBC Bank (USA)*, 745 F.3d 1111, 1116 (11th Cir. 2014).

6. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of August 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record